IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MOBILE ALABAMA ASSOCIATES, LLC,** | ) |
| | ) |
| **Plaintiff/ Counter-Defendant,** | ) |
| v. | )   CIVIL ACTION NO. 07-00432-CG-B |
| | ) |
| **HOEPPNER CONSTRUCTION** | ) |
| **CORPORATION,** | ) |
| | ) |
| **Defendant/ Counter-Claimant,** | ) |

**ORDER**

This matter is before the court on Hoeppner Construction Corporation's (Hoeppner's) Motion for Partial Summary Judgment, Mobile Alabama Associates, LLC's response and Hoeppner's reply (Docs. 44, 57 and 59).

Having carefully considered the motion, the response and reply, the briefs, and the exhibits pertinent to those filings, the court concludes that there exists a question of fact concerning whether or not the parties agreed to an enforceable oral modification of the written contract in question.  Accordingly, the motion for partial summary judgment concerning consequential damages is **DENIED.**

**DONE and ORDERED** this 25th day of July, 2008.

   /s/   Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE