**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **MOBILE ALABAMA ASSOCIATES, LLC,** ) ) ) **Plaintiff/Counter-Defendant,** ) ) **vs.** ) ) **HOEPPNER CONSTRUCTION COMPANY,** ) ) ) **Defendant/Counter-Claimant.** ) | **Civil Action No. 07-0432-CG-B** |

## JUDGMENT

In accordance with the verdict of the jury entered on March 13, 2009, finding for the defendant Hoeppner Construction Company ("Hoeppner") as to plaintiff's claims, and finding for Hoeppner as to its counter-claim, and awarding Hoeppner damages in the amount of $270,500.00, and pursuant to the stipulation of parties as to the judgment entered in Mobile County Circuit Court Case Number CV-07-900442, <u>Apex Construction Corporation, LLC v. Hoeppner Construction Corporation and Mobile Alabama Associates, LLC</u>., which awarded Hoeppner Construction Company damages in the amount of $151,696.05, it is **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of the counter-claimant, Hoeppner Construction Company, against counter-defendant Mobile Alabama Associates, LLC in the amount of FOUR HUNDRED TWENTY-TWO THOUSAND ONE HUNDRED NINETY-SIX DOLLARS AND 05/100 CENTS ($422,196.05), plus fees, costs and interest to be determined by the court after further submissions by the parties.

The plaintiff's claims against the defendant are hereby **DISMISSED WITH**

**PREJUDICE**.

**DONE and ORDERED** this the 18th day of March, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE