IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MOBILE ALABAMA ASSOCIATES, LLC, )
                                               )

     **Plaintiff,**               )

**v.**                              ) CIV. ACTION NO. 07-00432-CG-B

                                               )

**HOEPPNER CONSTRUCTION**     )

     **CORPORATION,**          )

                                             )

     **Defendant**              )

## FINAL JUDGMENT

In accordance with the Judgment entered on March 18, 2009, and this Court's order of April 22, 2011 awarding additional fees, costs, and interest, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that final judgment is entered in this case in favor of **Hoeppner Construction Corporation**, against **Mobile Alabama Associates, LLC** as follows:

**1**) Original Judgment plus pre-judgment interest in the amount of **FIVE HUNDRED TWENTY-ONE THOUSAND, EIGHT HUNDRED FIFTY-FOUR DOLLARS AND 45/100 ($521,854.45)**, **plus 12% interest since March 19, 2009**;

**2**) Attorney's fees and costs in the amount of **THREE HUNDRED NINETY THOUSAND, TWO HUNDRED SIXTY-SEVEN DOLLARS AND 05/100 ($390,267.05)**, **plus interest in the amount of 12% running from the date of this order.**

     **DONE and ORDERED** this 3rd day of October, 2011.

                              /s/ Callie V. S. Granade
                              UNITED STATES DISTRICT JUDGE